IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**GREGORY C. BONTEMPS,**

                          Petitioner,

    v.

**M. C. KRAMER, et al.,**

                          Respondents.

2:07-cv-00005-MCE-GGH (HC)

**ORDER**

    FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED an extension of time, to and including May 14, 2007 to file a response in this matter.

DATED: 4/23/07

                                              /s/ Gregory G. Hollows
                                              _____
                                              HON. GREGORY G. HOLLOWS
                                              U.S. MAGISTRATE JUDGE

bon05.eot