IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY C. BONTEMPS,

    Petitioner,                    No. CIV S-07-005 MCE GGH P

    vs.

M.C. KRAMER, et al.,

    Respondents.               ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court has been informed by the California Department of Corrections and Rehabilitation that petitioner has been released on parole. However, petitioner did not file a notice of change of address indicating his new address. It is the petitioner's responsibility to keep the court apprised of his current address at all times. Local Rule 83-182(f).

/////

/////

/////

/////

/////

1

1 Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of
2 this order, petitioner shall show cause for his failure to file a notice of change of address; failure
3 to respond to this order will result in a recommendation of dismissal of this action.
4 DATED: 8/14/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

8 bon005.osc