IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY C. BONTEMPS,

    Petitioner,                    No. CIV S-07-0005 MCE GGH P

    vs.

M.C. KRAMER, et al.,

    Respondents.               FINDINGS & RECOMMENDATIONS

_____/

        By order filed August 14, 2007, petitioner was ordered to show cause, within twenty days, for his failure to file a notice of change of address. The order cautioned that failure to respond to the order would result in a recommendation of dismissal of this action. Twenty days passed and petitioner did not respond to this order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rules 83-182(f), -110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

1

1 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
2 F.2d 1153 (9th Cir. 1991).
3 DATED:  10/23/07

/s/ Gregory G. Hollows

———————————————
UNITED STATES MAGISTRATE JUDGE

7 bon005.fsc